IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM T. SIMS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:18-cv-00550 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| HAROLD CLARKE, *et al.*, | ) | United States District Judge |
|     Defendants. | ) | |

**MEMORANDUM OPINION**

Plaintiff William T. Sims, a Virginia inmate proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983. By order entered December 17, 2018, the court ordered Sims to show cause within fourteen days why this case should not be dismissed as duplicative of Civil Action No. 7:18cv14. The court advised Sims that failure to respond would result in dismissal of this action without prejudice. Sims did not respond to the court's order. Inasmuch as the time to respond has passed, the court dismisses Sims complaint without prejudice. The court notes that Sims' separate action, Civil Action No. 7:18-cv-14, remains pending before the court.

An appropriate order will be entered.

Entered: January 9, 2019.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge